825 A.2d 514

IN THE MATTER OF DONALD M. FERRAIOLO, AN ATTORNEY
AT LAW (ATTORNEY NO. 235741970).

June 25, 2003.

## O R D E R

This matter having been duly presented to the Court, it is ORDERED that **DONALD M. FERRAIOLO** of **HACKENSACK,** who was admitted to the bar of this State in 1970, and who was suspended from the practice of law for a period of one year effective March 19, 2002, by Order of this Court filed February 22, 2002, be restored to the practice of law, effective immediately.